# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEW SENSATIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 67 )<br>)<br>Defendants. ) | Civil Action No. DKC 12-1291 |

## RESPONSE TO SHOW CAUSE ORDER, AS WELL AS NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

In this case, the Court severed the John Does and left John Doe 1 as the only defendant. Thus, Plaintiff had to obtain discovery for John Doe 1, a process which takes at least 60 days because the ISP must research and preserve the data, and notify the John Doe at issue. John Does have a 30-day window to file a motion to quash.

On September 4, 2012, this Court issued a Show Cause why Plaintiff has not yet filed an amended complaint or a Rule 4(m) motion. John Doe 1's IP address has been identified in several different copyright infringement cases. Plaintiff is still in the process of reviewing the technical data and coordinating with counsel and other copyright owners. Thus, Plaintiff decided that the best course of action is to dismiss this case without prejudice and then possibly refile it.

Respectfully submitted this 11th day of September 2012.

**CERTIFICATE OF SERVICE**

I hereby certify that on 11 September 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

> By: __/s/ Mike Meier__
> Mike Meier (MD Bar ID 16007)
> The Copyright Law Group, PLLC
> 4000 Legato Road, Suite 1100
> Fairfax, VA 22033
> Phone: (888) 407-6770
> Fax: (703) 546-4990
> Email:
> mike.meier.esq@copyrightdefenselawyer.com
>
> **ATTORNEY FOR PLAINTIFF**

# Exhibit C

about | services | technology | press / news | partners | contact

**TECHNOLOGY PROTECTING CREATIVITY**

CURRENTLY PROTECTING  24239  ASSETS

Anti-Piracy Warning Seal Availability Expanded http://t.co/sQLJA4vU

sign up for a free consultation

*name*

*email ** 

*phone*

**GET CONSULTATION**

# MONETIZATION

### how much are you losing to infringement?

It's estimated that digital piracy accounts for almost one quarter of Global Internet traffic.† CEG's premier Monetization service protects and monetizes all types of assets including video, audio, images, text, software, and video games across multiple Peer-to-Peer protocols and websites.

### pinpoint digital asset infringement

Using our proprietary next-generation scanning and cutting edge digital matching technology, our Monetization service provides perpetual global monitoring of your assets for infringements across multiple Peer-to-Peer protocols and websites.

- » Peer-to-Peer (P2P) Networks: BitTorrent, eDonkey, Gnutella, Gnutella2, Ares, Kazaa
- » Websites: Corporate, Commerce, Commercial, Small Business, Ad Supported, News Conglomerates, Entertainment, Lifestyle, and more

Infringements are tracked and authenticated using a strict multi-stage process, involving automated matching and dual-human verification, effectively eliminating all false positives. Every infringing file is then traced to determine the host or Internet Service Provider (ISP). Customizable notices are automatically generated and sent directly to infringing parties or via an ISP. Infringers receive the notification directing them to CEG TEK International's branded settlement portal www.copyrightsettlements.com, where they can chose amongst multiple settlement options.

### fully customizable solutions

Settlement offers are fully customizable and can include opportunities such as hard goods, subscriptions, licensing arrangements, straight settlements or any other offering of your choice. Your options are limitless.

Content owners can choose a soft fan-friendly marketing based approach, a stringent graduated response system, models that include litigation, leveraging CEG's vast intellectual property attorney network or anything in-between.

† Price, David. *"Technical Report: An Estimate of Infringing Use of the Internet".* http://documents.envisional.com/docs/Envisional-Internet_Usage-Jan2011.pdf. Jan 2011.

TRACKING

TAKEDOWN

BUSINESS INTELLIGENCE

MONETIZATION

**SATellite**
Track your assets across the globe utilizing our cutting edge technology SATellite.
[read more]

**C4**
Our secure, web based client portal provides real-time stats, data and statistics 24 hours a day, every day.
[read more]

home | about | services | technology | press / news | partners | terms of use | privacy policy | contact

© 2012 CEG TEK International. All rights Reserved.
Copyright Enforcement Group is now CEG TEK Int'l READ MORE



# Exhibit D



« »

## Are There More Copyright 'Pre-Settlement' Groups Setting Up Shop In The US?

from the *warning-letters* dept

**Copyright**
by Mike Masnick
Thu, Apr 8th 2010
12:15pm

We recently covered how a recently created outfit going by the name US Copyright Group, had launched tens of thousands of lawsuits (some of which appear to be quite questionable from a legal standpoint), as part of what appeared to be an attempt at copying the efforts of companies like DigiProtect and ACS:Law in Europe (where such practices have been widely condemned). The lawsuits appear to be a smokescreen to get contact information for people to whom this "company" can send "pre-settlement" letters, in which they're told to pay up to avoid the lawsuit.

Considering that this pseudo-shakedown is apparently lucrative in Europe, perhaps others are preparing to do the same in the US as well. A reader who prefers to remain anonymous, but who works for a small ISP, passed along an email he recently received from what appears to be a newish operation called the Copyright Enforcement Group, whose website has a mock law enforcement shield on it. Like US Copyright Group, it doesn't hide behind any claims of stopping infringing content. It focuses solely on how this is a way to "monetize" infringements. The email also points to a separate site called CopyrightSettlements.com, which makes some interesting claims. This is the website where folks can "pay up," and it promises "you will receive a full release of liability" but also that "Your personal information and settlement terms will be kept confidential." Makes you wonder how the two can go together. If your info is kept secret, what's to keep copyright holders from suing again? And does the company make sure it covers *all* copyright holders for a piece of content? Will it indemnify users if they're threatened or sued again?

**Filed Under:**
copyright, pre-settlement
**Companies:**
digiprotect, us copyright group

Permalink.

As for the letter to the ISP, it was an "introduction," in an attempt to ask for the ISP's cooperation in identifying its users. As we've seen with US Copyright Group, many ISPs refuse to just hand over names, though some will. Hopefully, most ISPs receiving the following letter know better than to just hand over info without a court order. Here's the relevant part of the email:

> CEG provides intellectual property management services to a consortium of studios in the entertainment industry. Our clients have entrusted us with their valuable property and authorized us to bring legal action against those individuals who illegally download and/or distribute their copyrighted materials over the Internet.
>
> CEG's proprietary technology detects infringements which occur over the Internet and gathers sufficient evidence to support a claim of copyright infringement against the infringing party. Once infringement is detected, we follow strict multi-step validation procedures to ensure that all information is accurate before we forward the DMCA notice to you. The infringing party is then afforded with an opportunity to settle the matter for substantially less than what will be offered if a lawsuit is filed or compared to the judgment amount a court may enter against the infringer.
>
> We understand and respect the important role that you play in securing the privacy of your subscriber base. However, we, too, are deeply committed to our clients and will vigorously enforce their intellectual property rights against infringement. We sincerely hope that you will join us in our effort to fight Internet piracy.

Looks like this new form of "monetizing" content is spreading. And not in a good way.

147 Comments | Leave a Comment..

 submit



Follow Techdirt

    

Essential Reading

### Hot Topics

5.6 Disney Freaks Out Over Patents That May Mean It Can't Keep 3Ding Old Movies

5.3 DMCA Nonsense: Your Default Login Page Is A Ripoff Of Our Default Login Page!

5.2 Techdirt 2012: The Numbers.

### New To Techdirt?

*Explore some core concepts:*

If Intellectual Property Is Neither Intellectual, Nor Property, What Is It?

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

The Grand Unified Theory On The Economics Of Free

read all »

A word from our Sponsors

**Exhibit E**

