UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES DORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 13-10315-FDS |
| ) | |
| NEW SENSATIONS INCORPORATED, ) et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**SAYLOR, J.**

On October 4, 2013, this Court issued a Memorandum and Order directing plaintiff James Dore to show cause, within 21 days, why his complaint against New Sensations, Inc., Copyright Enforcement Group, LLC, and Marvin Cable should not be dismissed without prejudice for lack of subject-matter jurisdiction. On October 21, 2013, plaintiff filed a response to the order in which he conceded that defendant Cable, like plaintiff, is a resident of Massachusetts. This Court therefore lacks subject-matter jurisdiction under diversity of citizenship, and the complaint fails to allege any alternative ground sufficient to establish jurisdiction.

Accordingly, it is hereby ordered that the above-captioned matter is DISMISSED in its entirety.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: October 31, 2013   United States District Judge