# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES DORE,**  )<br>      **Plaintiff,**  )<br> )<br>  **v.**  )<br> )<br>**NEW SENSATIONS INCORPORATED,** )<br>**COPYRIGHT ENFORCEMENT**  )<br>**GROUP, LLC, and MARVIN CABLE,**  )<br>      **Defendants.**  ) | **CIVIL ACTION**<br>**NO. 1:13-10315-FDS** |

## ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order issued on October 31, 2013, it is hereby ORDERED that the above-entitled action be dismissed.

    So Ordered.

    F. DENNIS SAYLOR, IV
    UNITED STATES DISTRICT JUDGE

    By the Court:

**October 31, 2013**    **/s/ Pietro Cicolini**
**Date**    **Deputy Clerk**